IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00cr136-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JONATHAN DONNELL JOHNSON (3) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT ON the Motions to Alter Judgment [docs. 275 and 280]. It appears to the Court that a response was due by June 25, 2012, and that no such response has been made. IT IS, THEREFORE, ORDERED that the government file a response by **April 8, 2013.**

IT IS SO ORDERED.

Signed: March 18, 2013

Graham C. Mullen
United States District Judge